ORIGINAL



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 13 2012
CLERK, U.S. DISTRICT COURT
By _____ Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | |
|---|---|
| MAYFORD K. DAVIS, JR., individually and as private attorney general on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT LEAVITT, CHAIRMAN AND GENERAL SERVICE BUREAU,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    CIVIL ACTION NO. 4:12-cv-739-A |

### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR OTHERWISE PLEAD

TO THE HONORABLE JUDGE OF THIS COURT:

Defendants, Robert Leavitt and General Service Bureau, file this Motion for Enlargement of Time to File Answer or Otherwise Plead, and in support thereof would show:

1. Defendant is required to file an answer or otherwise plead no later than close of business November 13, 2012;

2. Defense counsel was recently retained and has not had sufficient time to confer with his clients and develop an understanding of the facts in this matter.

3. Defendant requests a fourteen day enlargement of time to file its answer or otherwise plead.

WHEREFORE, Defendants respectfully request that the Court grant the enlargement of time as requested, and for such other and further relief, both at law and in equity, to which this Defendants may be justly and legally entitled.

Respectfully submitted,

BUSH & RAMIREZ, L.L.C.

_____
Keith Wier
SBN: 21436100
Fed ID No. 7930
5615 Kirby Dr., Suite 900
Houston, Texas 77005
(713) 626-1555 Telephone
(713) 622-8077 Telecopier

**ATTORNEY FOR DEFENDANTS,
ROBERT LEAVITT, CHAIRMAN
& GENERAL SERVICE BUREAU**

## CERTIFICATE OF CONFERENCE

I certify that on November 9, 2012, I conferred with Plaintiff, Mayford David, and he does not oppose this motion.

_____
Keith Wier

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded to all counsel of record via facsimile and/or by certified mail, return receipt requested on this 12th day of November, 2012, as follows:

Mayford K. Davis, Jr.                           *via cmrrr # 7010 2780 0002 0702 1067*
Plaintiff Pro Se
216 Camelot Drive
Weatherford, Texas 76086

_____
Keith Wier

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FT. WORTH DIVISION

| | |
|---|---|
| MAYFORD K. DAVIS, JR., individually and as private attorney general on behalf of others similarly situated, § § § § Plaintiff, § § v. § § ROBERT LEAVITT, CHAIRMAN § AND GENERAL SERVICE BUREAU, § § Defendants. § | CIVIL ACTION NO. 4:12-cv-739-A |

## ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR OTHERWISE PLEAD

On this day came on for consideration the Defendants' Motion for Enlargement of Time to File Answer or Otherwise Plead. After careful consideration, the Court is of the opinion that such motion is well-taken, and should be in all things GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion for Enlargement of Time to File Answer or Otherwise Plead is in all things **GRANTED**, and any responsive pleadings or motions for Defendant, are now due by the close of business on November 27, 2012.

SIGNED _____, 2012.

_____
United States District Judge