UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 1 4 2012

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| MAYFORD K. DAVIS, JR., individually § and as private attorney general on behalf § of others similarly situated, § § Plaintiff, § § v. § § ROBERT LEAVITT, CHAIRMAN § AND GENERAL SERVICE BUREAU, § § Defendants. § | CIVIL ACTION NO. 4:12-cv-739-A |

### ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR OTHERWISE PLEAD

On this day came on for consideration the Defendants' Motion for Enlargement of Time to File Answer or Otherwise Plead. After careful consideration, the Court is of the opinion that such motion is well-taken, and should be in all things GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion for Enlargement of Time to File Answer or Otherwise Plead is in all things **GRANTED,** and any responsive pleadings or motions for Defendant, are now due by the close of business on November 27, 2012.

SIGNED __11/14__, 2012.

_____
United States District Judge

G:\06000\10380\Davis, M\Pleadings\Motion for Enlargement of Time - prop order.docx